Ervin L. Cal
Vs
Hamiltion county jail

RECEIVED
NOV 16 2025
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

On Dec 22, 2025 the sort team came in Unit G-4 and came in with tear ball, gas ball and it wasn't a ride. So they excssive force was not neccary, I Ervin Cal has big wounds on my back and I be in pain Also I never was able to go to Erlanger East to get proper treatment, I have a lawer willing to help me if you all cant help me with a lawer I will need some more ~~[illegible]~~ legal help. The Riot was not in G-4 could you all look off into this Issue, Victor freeman was also hit. I need the case to be investagated. Thanks very much Next time I will be having help from the board of respondability.

ERVIN L. CAL #
601 Justice Way
Chatt, TN 37415

CHATTANOOGA TN 373
13 NOV 2026 AM 1 L



FOREVER / USA

X-RAYED

INMATE MAIL
This letter has been mailed by an inmate. The Hamilton County Sheriff's Office is not responsible for the contents of this letter.

Clerk of court
900 Georgia Ave
Chatt, TN 37402

Legal Mail

11/12/26

7402-223099